**Order entered July 18, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00723-CV

### IN THE INTEREST OF E.C., A CHILD

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 16-00152-X-305**

## ORDER

This is an accelerated appeal in a child protection case. *See* TEX. R. APP. P. 28.4(a)(1). Before the Court are (1) appellants' motion for expedited relief; (2) the State's response to appellant's motion; and, (3) the State's motion to strike appellants' brief. Relying on Texas Family Code section 263.401, appellants assert that this case has a statutory dismissal deadline in the trial court of August 18, 2017 and, as a result, the deadlines in the appeal must be expedited. *See* TEX. FAM. CODE ANN. § 263.401 (West Supp. 2016). That deadline, however, was met when the trial court signed the final judgment that is the subject of this appeal. *See id.*; *In re Tex. Dep't of Family & Protective Servs.*, 210 S.W.3d 609, 612 (Tex. 2006). As the State notes in its response, section 263.401 provides for a new dismissal deadline if, following an appeal from the trial court's final order, an appellate court remands the case. *See id.* § 263.401(b-1). Accordingly, we **DENY** appellants' motion.

The State's motion asserts appellants' brief, filed June 27, 2017, identifies E.C. by full name and contains in its appendix documents that should be, but are not, redacted in accordance with Texas Rule of Appellate Procedure 9.8(b)(1)(C). *See* TEX. R. APP. P. 9.8(b). The State requests the brief be stricken and appellants ordered to file an amended brief.

On July 12, 2017, appellants tendered an amended brief to the Court. Accordingly, we **GRANT** the State's motion to the extent we **STRIKE** the June 27th brief. On our own motion, we **ORDER** the brief tendered to the Court July 12th filed as of the date of this order.

We note the reporter's record of the trial court proceedings at issue in this appeal was filed June 12, 2017 in appellate cause number 05-17-00610-CV, a mandamus proceeding filed by appellants and stemming from the same proceedings at issue here. On our own motion, we **DIRECT** the Clerk of the Court transfer that record into this appeal.

/s/     CRAIG STODDART
        JUSTICE